## 59947. BRIDGES v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals his conviction for forgery. *Held:*

1. " '[A] preliminary hearing is not a required step in a felony prosecution and . . . once an indictment is obtained there is no judicial oversight or review of the decision to prosecute because of any failure to hold a commitment hearing . . . [I]n no event will we overturn a conviction on direct appeal or on collateral attack because a commitment hearing was denied appellant.' " *Natson v. State,* 242 Ga. 618, 622 (3) (250 SE2d 420); *White v. State,* 147 Ga. App. 260 (4) (248 SE2d 540).

2. After a review of the record it is evident that a rational trier of fact could reasonably have found from the evidence proof of the defendant's guilt beyond a reasonable doubt. Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED MAY 13 1980 — DECIDED JUNE 10 1980.

*J. Douglas Willix,* for appellant.

Marvin Bridges, *pro se.*

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Margaret V. Lines, Assistant District Attorneys,* for appellee.